**Order entered January 7, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01052-CV

### SEAN PORTER, ET AL., Appellants

### V.

### SUMMITBRIDGE NATIONAL INVESTMENTS III LLC, Appellee

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-08165**

## ORDER

Before the Court is appellee's January 3, 2020 unopposed second motion for an extension of time to file its brief on the merits. We **GRANT** the request and extend the time to **February 5, 2020**. We caution appellee that further extension requests will be disfavored.

/s/    BILL WHITEHILL
        JUSTICE